**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6098**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

RONNELL DEVON BLOUNT,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:08-cr-00375-JRS-1)

_____

Submitted:  June 13, 2013         Decided:  June 17, 2013

_____

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronnell Devon Blount, Appellant Pro Se. Michael Calvin Moore,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnell Devon Blount appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] United States v. Blount, No. 3:08-cr-00375-JRS-1 (E.D. Va. Jan. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although our calculation of Blount's total offense level under Amendment 750 is one level lower than the district court's, under neither calculation is Blount eligible for a reduction of his sentence. See U.S. Sentencing Guidelines Manual § 1B1.10(b)(2)(A).